IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Moore, Donnetta

Printed: 9/3/08

Case Number: 08 B 00873
Judge: Hollis, Pamela S
Filed: 1/16/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 5, 2008
Confirmed: March 31, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 950.00 |  |
| Secured: |  | 892.79 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 51.49 |
| Other Funds: |  | 5.72 |
| Totals: | 950.00 | 950.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | Capital One Auto Finance | Secured | 18,108.12 | 842.79 |
| 3. | Law Title Insurance | Secured | 2,730.00 | 50.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 23,200.16 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 57.86 | 0.00 |
| 6. | Capital One Auto Finance | Unsecured | 36.25 | 0.00 |
| 7. | Midland Credit Management | Unsecured | 90.58 | 0.00 |
| 8. | Midland Credit Management | Unsecured | 88.62 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 34.62 | 0.00 |
| 10. | DuPage Emergency Physicians | Unsecured | | No Claim Filed |
| 11. | TCF Bank | Unsecured | | No Claim Filed |
| 12. | HSBC Auto Finance | Unsecured | | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 44,346.21 | $ 892.79 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 48.52 |
| 6.5% | 2.97 |
|  | _____ |
|  | $ 51.49 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Moore, Donnetta

Printed: 9/3/08

Case Number: 08 B 00873
Judge: Hollis, Pamela S
Filed: 1/16/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

